IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

MARTHA JANE HESTER,

    Plaintiff,

vs.    CASE NUMBER CV-05-1306

J.C. PENNEY, CO., Fictitious Defendants A, B, C, D, E, F and G, being those persons, firms, or corporations, who are the owners of the property at the time and place alleged herein, all fictitious parties who are otherwise unknown but will be added when ascertained,

    Defendants

2005 MAY 24 AM 10: 14

## COMPLAINT

1. That the Plaintiff, Martha Jane Hester, is an adult resident citizen of Butler County, Alabama, with her current residence address being 432 East Dogwood Trail, Greenville, Alabama 36037.

2. That the Defendant, J. C. Penney Co., is a corporation operating a retail establishment and doing business at all times pertinent hereto in Montgomery County, Alabama, with its current business address being 1236 Eastdale Mall, Montgomery, Alabama 36117.

3. That the Fictitious Defendants A, B, C, D, E, F, and G are those persons, firms and corporations who at all times pertinent hereto were doing business in Montgomery County, Alabama, and who are the owners of the real property and are responsible for the maintenance on the J.C. Penney Co. store in Montgomery Mall, Montgomery, Alabama, on or about June 24, 2003.

3. That on or about June 24, 2003, the Plaintiff was an invitee at the J.C. Penney Co. store at the Montgomery Mall, Montgomery, Alabama. At said time and place the Plaintiff was using the dressing facility and while in the process of using said facility the Plaintiff put her hand on the door to open the same and the door handle came off in her hand causing the Plaintiff to fall backwards onto the floor and injuring herself.

4. That as a result of the Plaintiff's fall on the premises owned, operated and maintained by the Defendants she suffered personal injuries which required medical treatment and surgery, was caused to incur medical bills, and suffer pain and suffering and emotional distress, suffer a permanent injury and loss of wages and will require the same in the future.

## COUNT I

5. That the Plaintiff realleges paragraphs 1 through 4 above.

6. That the Plaintiff alleges that the Defendants were negligent and that their negligence proximately caused the injuries alleged herein and the Plaintiff claims damages from the Defendants, to be determined by a jury, plus the cost of this action.

## COUNT II

7. That the Plaintiff realleges paragraphs 1 through 4 above.

8. That the Plaintiff alleges that the Defendants were wanton and that their wantonness proximately caused the injuries alleged herein and the Plaintiff claims damages from the Defendants,

to be determined by a jury, plus the cost of this action.

J. McGowin Williamson - WIL062
Attorney for Plaintiff

**Plaintiff demands that all issues in this cause be tried by a struck jury.**

J. McGowin Williamson

OF COUNSEL:

Williamson & Williamson
P.O. Box 467
Greenville, AL 36037
334-382-2635