IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| MARTHA JANE HESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO.: CV-05-1306 |
| | ) |
| J.C. PENNEY CO., et al., | ) |
| | ) |
| Defendants. | ) |

[Stamp: RECEIVED 2005 JUN 27 P 12:41, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA]

[Handwritten: 2:05CV609-F]

## NOTICE OF FILING NOTICE OF REMOVAL

COME NOW the defendant in the above-styled case, **JCPenney Co., Inc. ("JCPenney")**, and respectfully gives notice to this Court that on this date, JCPenney has filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully Submitted,

_____
J. Michael Bowling (BOW 046)
Attorney for JCPenney Co., Inc.

**OF COUNSEL:**

Friedman, Leak & Bloom, P.C.
3800 Colonnade Parkway, Suite 650
Birmingham, AL  35243
Telephone: (205) 278-7000
Facsimile: (205) 278-7001