**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 1, 2005

# NOTICE OF CORRECTION

| | |
|---|---|
| From: | Clerk's Office |
| Case Style: | Martha Jane Hester v. J. C. Penney Co. |
| Case Number: | #2:05-cv-00609-MEF-DRB |
| Referenced Document: | Document #1 <br> Answer |

**This Notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a date on the certificate of service. The corrected pdf is attached to this notice.**