IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.:2:05-cv-00609-DRB ) |
| JCPENNEY CO. INC., et al., | ) ) |
| Defendants. | |

## REPORT OF PARTIES' PLANNING MEETING

COME NOW, the parties to the above styled cause, the plaintiff, Martha Jane Hester, and the defendant, JCPenney Corporation, Inc., and submit the following report in accordance of Federal Rule of Civil Procedure 26(f) and Local Rule 26.1(a).

    5.    Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held on July 26, 2005, and was attended by:

>J. Michael Bowling for Defendant JCPenney Corporation, Inc.
>J. McGowin Williamson attorney for plaintiff, Martha Jane Hester

    2.    Pre-Discovery Disclosures. The parties will exchange the information required by Fed. R.Civ.P. 26(A)(1), local rule 26.1(a) within 20 days of the date of the parties' planning meeting.

    3.    Discovery Plan. The parties jointly propose to the Court the following discovery plan:

>All discovery commenced in time to be completed by January 1, 2006.
>
>Maximum of 40 interrogatories by each party to any other party.
>
>Maximum of 25 requests for production by each party to any other party.

Maximum of 10 depositions by the plaintiff and 10 depositions by each defendant.

Maximum of 15 requests for admission to any other party.

Each deposition shall be limited to six hours unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due:

From the plaintiff by October 1, 2005

From the defendant by November 1, 2005.

4. Other Items. At this point in time, the parties do not request a conference with the Court prior to the entry of a Scheduling Order.

The parties request a pretrial conference in March 2006.

The parties should be allowed until September 1, 2005 to join additional parties and until October 1, 2005 to amend the pleadings.

All potentially dispositive motions should be filed by January 3, 2006.

Settlement cannot be evaluated prior to October 1, 2005, after the parties have had an opportunity to pursue some discovery in this matter.

Final lists of witnesses and exhibit list under Rule 26(a)(3) should be due:

From the plaintiffs by March 14, 2006.

From the defendants by March 14, 2006.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

This case should be ready for trial by this Court's April 3, 2006 jury term for Montgomery, Alabama.

_____
J. McGowin Williamson
Attorney for plaintiff Martha Jane Hester

_____
J. Michael Bowling (BOW 046)
Attorney for J. C. Penney Company, Inc.