IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:2:05-CV-00609-DRB |
| | ) |
| JCPENNEY CO. INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JCPENNEY CO., INC.'S MOTION FOR
## QUALIFIED HIPAA PROTECTIVE ORDER

COMES NOW the defendant, JCPenney Co., Inc., pursuant to the Federal Rules of Civil Procedure, and hereby requests the Court to enter the attached proposed HIPAA Order to enable the defendant to obtain medical information through third-party subpoenas and document requests.

WHEREFORE, defendant, JCPenney Co., Inc. respectfully requests this Court to enter the attached HIPAA Order authorizing health care providers and health care plans to disclose protected health information to the parties through subpoenas and document requests for the purposes of this litigation only.

/s/ J. Michael Bowling
J. Michael Bowling (BOW046)
Attorney for JCPenney Co., Inc.

OF COUNSEL
FRIEDMAN, LEAK, DAZZIO,
ZULANAS & BOWLING, P.C.
3800 Colonnade Parkway, Suite 650
Birmingham, Alabama 35243

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused the foregoing pleading to be mailed to all counsel of record, via U.S. Mail on this the 19th day of August, 2005.

J. McGowin Williamson
Williamson & Williamson
Post Office Box 467
Greenville, Alabama 36037

                                      /s/ J. Michael Bowling
                                      OF COUNSEL