IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:2:05-cv-00609-WKW |
| | ) **NO ORAL ARGUMENT REQUESTED** |
| JCPENNEY CO. INC., et al., | ) |
| | ) |
| Defendants. | ) |

### MOTION TO EXTEND DEADLINE FOR FILING OF
### MOTION FOR SUMMARY JUDGMENT

COMES NOW, one of the parties to the above styled cause, JC Penney Corporation, Inc., and respectfully request that this Court enter an order extending the deadline for the filing of a Motion for Summary Judgment for a period of sixty (60) days, and as grounds therefore, sets forth and says as follows:

1. The depositions of the plaintiff and the corporate representative have not yet been taken in this case.

2. The defendant is unable to file a Motion for Summary Judgment until it obtains the deposition testimony of the plaintiff.

3. The trial in this case is set for September 18, 2006 and an extension of the summary judgment deadline for a period of sixty (60) days would not prejudice either party.

WHEREFORE, PREMISES CONSIDERED, this defendant respectfully request that this Court enter an order extending the deadline for the filing of a Motion for Summary Judgment for a period of sixty (60) days.

Respectfully submitted,

_____
J. Michael Bowling (BOW 046)
Attorney for JC Penney Corporation, Inc.

OF COUNSEL
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
P.O. Box 43219
Birmingham, AL 35243-3219
(205) 278-7000

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing pleading to be mailed to all counsel of record, via United States Mail, on this the 27th day of March, 2006.

J. McGowin Williamson
Williamson & Williamson
Post Office Box 467
Greenville, Alabama 36037

_____
Of Counsel