IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-CV-609-WKW |
| JCPENNEY CO. INC., *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

This case is before the Court on the defendant JC Penney's Motion to Extend Deadline for Filing of Motion for Summary Judgment (Doc. # 13), filed on March 27, 2006.  Upon consideration, it is hereby ORDERED that this motion is GRANTED to the extent that the deadline for filing dispositive motions is extended for thirty (30) days.  The parties shall file any dispositive motions on or before April 27, 2006.

DONE this the 5th day of April, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE