IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTHA JANE HESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-609-WKW |
| | ) | |
| J.C. PENNEY CO., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The parties in this case were directed in Section 3 of the Uniform Scheduling Order to conduct a face-to-face settlement conference for the purpose of engaging in good faith settlement negotiations. A report of this conference was due to be filed with the Court on or before May 22, 2006. At this time, no such report has been filed. It is therefore ORDERED that the parties shall conduct a face-to-face settlement conference as required by Section 3 of the Uniform Scheduling Order, and the plaintiff shall file a Notice Concerning Settlement Conference and Mediation on or before June 27, 2006.

DONE this the 14th day of June, 2006.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE