IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:2:05-cv-00609-WKW |
| | ) |
| JCPENNEY CO. INC., et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT CONFERENCE AND REQUEST FOR MEDIATION**

COME NOW, the parties to the above styled cause, Martha Jane Hester, the plaintiff, and JC Penney Corporation, Inc., the defendant and file the following notice pursuant to this Court's order of June 14, 2006 and set forth and say as follows:

1. The parties held a face to face settlement conference on June 26, 2006.

2. Though the case has not been resolved at this point in time, settlement negotiations are ongoing.

3. The parties believe that a mediation of this case would increase the likelihood that the parties can reach a comprised settlement of the plaintiff's claims.

      /s/ J. McGowin Williamson
J. McGowin Williamson
Williamson & Williamson
Post Office Box 467
Greenville, Alabama 36037

/s/ J. Michael Bowling
J. Michael Bowling (BOW 046)
Attorney for JC Penney Corporation, Inc.
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
P.O. Box 43219
Birmingham, AL  35243-3219