IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:2:05-cv-00609-WKW |
| | ) |
| JCPENNEY CO. INC., et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW David T. Gordon of the law firm of Friedman, Leak, Dazzio, Zulanas & Bowling, P.C. and notifies this Honorable Court of his appearance as additional counsel for defendant, JC Penney Corporation, Inc. in the above-styled matter.

Respectfully submitted,

_____
J. Michael Bowling (BOW 046)
David T. Gordon (GOR 034)
Attorneys for JC Penney Corporation, Inc.

**OF COUNSEL:**

FRIEDMAN, LEAK, DAZZIO ZULANAS & BOWLING, P.C.
P.O. Box 43219
Birmingham, AL 35243-3219
(205) 278-7000 telephone
(205) 278-7001 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing pleading to be mailed to all counsel of record, via United States Mail, on this the 5th day of July, 2006.

J. McGowin Williamson
Williamson & Williamson
Post Office Box 467
Greenville, Alabama 36037

3941

_____
OF COUNSEL