IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.:2:05-cv-00609-WKW |
| ) | |
| JC PENNEY CO. INC., et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT JC PENNEY CORPORATION INC.'S WITNESS AND EXHIBIT LIST**

COMES NOW the defendant JC Penney Corporation, Inc., and files the following Witness and Exhibit List for the trial of the above-styled action:

### I. WITNESSES

#### A. WITNESSES THAT WILL BE CALLED

1. Martha Jane Hester.

2. Mary McManaway, JC Penney representative, 1236 Eastdale Mall, Montgomery, AL.

3. Jean Xzabo, JC Penney representative, 1236 Eastdale Mall, Montgomery, AL.

4. Faye Ryals, JC Penney representative, 1236 Eastdale Mall, Montgomery, AL.

5. Representative of Johnson Controls.

6. Representative of Kellermeyer Building Services.

#### B. WITNESSES THAT MAY BE CALLED

7. Dr. Joseph H. Bailey, 2055 Normandie Drive, Montgomery, AL 36111.

8. Dr. Gordon V. Smith, 2055 Normandie Drive, Montgomery, AL 36111-2732.

8 Dr. John H. Payne, 2055 Normandie Drive, Montgomery, AL 36111-2732.

9.  Dr. Allan Chandler Muller, 34 Taylor Road North, Montgomery, AL 36117.

10. Dr. William P. Ware, 6831 Halcyon Park Drive, Montgomery, AL 36117.

11. Dr. Johnstone P. Hollis, 515 North Miranda Avenue, Georgiana, AL 36033.

12. Dr. Donald F. Hodurski, 2000 Normandie Drive, Montgomery, AL 36111.

13. Dr. William Joseph Leuschke, 2010 Normandie Drive, Montgomery, AL 36111.

14. Any witnesses identified by the plaintiff.

15. Any witnesses necessary for rebuttal.

16. Any witnesses necessary for impeachment.

## II. EXHIBITS

1.  Relevant portions of the any of the depositions taken in this case.

2.  A time line summarizing the plaintiff's medical history both before and after the accident at issue in this case.

3.  Any documents necessary for rebuttal.

4.  Any documents necessary for impeachment.

5.  Medical records and bills from Dr. John H. Payne.

6.  Medical records and bills from Dr. Allan Chandler Muller.

7.  Medical records and bills from Dr. William P. Ware.

8.  Medical records and bills from Dr. Johnstone P. Hollis.

9.  Medical records and bills from Dr. Donald F. Hodurski.

10. Medical records and bills from Dr. William Joseph Leuschke.

11. Medical records and bills from Baptist Medical Center.

12. Any and all documents regarding, concerning or documenting payments of the plaintiff's medical bills and expenses including, but not limited, any and all documents in the possession, custody or control of Blue Cross Shield or any other medical insurance provider.

13. Medical records and bills from LV Stabler Memorial Hospital.

14. Medical records and bills from Montgomery Imaging Center.

15. Medical records and bills from Montgomery Surgical Center.

16. Medical records and bills from PriMed-Taylor Crossing.

17. Medical records and bills from PriMed-Vaughn Plaza.

18. Medical records and bills from Southern Orthopaedic Surgeons.

19. Medical records and bills from CVS Pharmacy.

20. Any and all documents produced during the discovery in this case.

21. Any documents attached as exhibits in any of the depositions in this case.

22. Any documents identified by any other party.

23. Medical records and bills from Dr. Joseph H. Bailey.

24. Medical records and bills from Dr. Gordon V. Smith.

25. Plaintiff's deposition testimony.

26. The defendants reserve their right to amend its Exhibit List following the pretrial conference, the close of discovery or as new information or documents become available or known to it.

Respectfully submitted,

_____
J. Michael Bowling (BOW 046)
David T. Gordon (GOR 034)
Attorneys for JC Penney Corporation, Inc.

**OF COUNSEL:**

FRIEDMAN, LEAK, DAZZIO ZULANAS & BOWLING, P.C.
P.O. Box 43219
Birmingham, AL 35243-3219
(205) 278-7000 telephone
(205) 278-7001 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing pleading to be mailed to all counsel of record, via United States Mail, on this the 5th day of July, 2006.

J. McGowin Williamson
Williamson & Williamson
Post Office Box 467
Greenville, Alabama 36037

3941

_____
OF COUNSEL

4