IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTHA JANE HESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-609-WKW |
| | ) | |
| J.C. PENNEY CO., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The parties have notified the Court that they intend to pursue private mediation in an attempt to resolve the disputes in this case. It is hereby ORDERED that the parties shall file a joint status report informing the Court of their progress on or before July 31, 2006.

DONE this the 10th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE