IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-609-WKW |
| | ) |
| J.C. PENNEY CO., | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

The pretrial hearing scheduled for 3:00 p.m. on August 3, 2006, will be held in Courtroom 200-E of the Frank M. Johnson U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

Done the 1st day of August, 2006.

                                                 /s/   W.  Keith Watkins
                                               UNITED STATES DISTRICT JUDGE