# FRIEDMAN LEAK

ATTORNEYS & COUNSELORS AT LAW

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
MAILING ADDRESS: P.O. BOX 43219
BIRMINGHAM, ALABAMA 35243-3219
P 205.278.7000  F 205.278.7001
WWW.FRIEDMANLEAK.COM

DAVID T. GORDON
dgordon@friedmanleak.com
DIRECT DIAL NUMBER:
(205) 278-7024

August 1, 2006

The Honorable W. Keith Watkins
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

RE: Martha Jane Hester v. J.C. Penney Co.
United States District Court for the Middle District, Northern Division
Civil Action No.: 2:05-CV-00609-WKW
Our File No.: 269-3941

Dear Judge Watkins:

Please allow the following to serve as the parties' joint status report for the above-referenced action. The trial of this case is scheduled for September 18, 2006. The parties have exchanged witness and exhibit lists and there are no pending motions before the Court. Your Honor has scheduled a pretrial conference for August 3, 2006, which will be held following the parties' mediation conference. The mediation of this case is scheduled for August 3rd at 9:00 a.m. with Mr. Tabor Novak of the firm Ball, Ball, Mathews & Novak, P.A. A representative of JC Penney will be available for the mediation by telephone, and the plaintiff will be available as well.

If after reviewing this report Your Honor needs any additional information, please do not hesitate to contact us.

Sincerely,

David T. Gordon
Attorney for J.C. Penney Co.

J. McGowin Williamson
Attorney for the Plaintiff