IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-609-WKW |
| | ) |
| J.C. PENNEY CO., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties have notified the Court that they intend to pursue private mediation in an attempt to resolve the disputes in this case. It is hereby ORDERED that

1. The pretrial hearing set for August 3, 2006 is hereby continued until August 25, 2006.

2. The parties shall file a joint status report informing the Court of their progress on or before August 18, 2006.

DONE this the 3rd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE