# FRIEDMAN LEAK

ATTORNEYS & COUNSELORS AT LAW

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
MAILING ADDRESS: P.O. BOX 43219
BIRMINGHAM, ALABAMA 35243-3219
P 205-278-7000  F 205-278-7001
WWW.FRIEDMANLEAK.COM

J. MICHAEL BOWLING
mbowling@friedmanleak.com
DIRECT DIAL NUMBER:
(205) 278-7070

August 22, 2006

The Honorable W. Keith Watkins
U.S. District Court
P.O. Box 711
Montgomery, AL  36101-0711

RE:   Martha Jane Hester v. J.C. Penney Co.
      United States District Court for the Middle District, Northern Division
      Civil Action No.: 2:05-CV-00609-WKW
      Our File No.: 269-3941

Dear Judge Watkins:

Please allow the following to serve as the parties' Joint Status Report in the above-referenced action. This case was mediated on August 3, 2006 with Mr. Tabor Novak serving as the mediator. The parties were able to reach a settlement of all claims filed in this litigation. The parties will soon be filing a Joint Stipulation of Dismissal along with a proposed Order of Dismissal for Your Honor's convenience. In after reviewing this correspondence, please do not hesitate to contact us if Your Honor needs any additional information. Thank you in advance for your time and consideration in this matter.

Sincerely,

/s/ J. Michael Bowling
J. Michael Bowling
Attorney for J.C. Penney Co.

/s/ J. McGowin Williamson
J. McGowin Williamson
Attorney for the Plaintiff