IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTHA JANE HESTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-609-WKW |
| | ) | |
| J.C. PENNEY CO., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

In the Joint Status Report filed by the parties on August 22, 2006 (Doc. # 26), the parties advised the court that the above-styled matter has settled. Accordingly, it is hereby

ORDERED that on or before September 13, 2006, the parties shall file a Joint Stipulation of Dismissal.

It is further ORDERED that the pretrial conference scheduled for **August 25, 2006** is CANCELED.

The Clerk of the Court is DIRECTED to remove the above-styled case from the **September 18, 2006** trial docket.

DONE this 23rd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE