IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:2:05-cv-00609-WKW |
| | ) |
| JCPENNEY CO. INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the plaintiff, Martha Jane Hester and defendant, JC Penney Co., Inc., and pursuant to the Federal Rules of Civil Procedure, hereby stipulate that the claims asserted by the plaintiff against the defendant be dismissed, with prejudice, costs taxed as paid, and as grounds therefore, state that the parties have reached a full, final and binding compromise settlement of all claims and disputes between them.

/s/ J. Michael Bowling
J. Michael Bowling
FRIEDMAN, LEAK, DAZZIO,
ZULANAS & BOWLING, P.C.
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243


/s/ J. McGowin Williamson
J. McGowin Williamson
Williamson & Williamson
Post Office Box 467
Greenville, Alabama 36037