IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.:2:05-cv-00609-WKW ) |
| JCPENNEY CO. INC., et al., | ) ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

The Court having received a Joint Stipulation of Dismissal between the parties does hereby ORDER, ADJUDGE and DECREE that this case is dismissed, with prejudice, costs taxed as paid.

DONE and ORDERED this the _____ day of _____, 2006.

_____
U.S. District Court Judge

cc:

J. Michael Bowling
Friedman Leak
3800 Colonnade Parkway, Suite 650
Birmingham, Alabama 35243


J. McGowin Williamson
Williamson & Williamson
Post Office Box 467
Greenville, Alabama 36037