IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA JANE HESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-609-WKW |
| ) | (WO) |
| JCPENNY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

Upon consideration of the Joint Stipulation of Dismissal filed by the parties on August 25, 2006 (Doc. # 28) it is hereby ORDERED that:

1. This case is DISMISSED with prejudice.

2. Costs are taxed as paid.

3. All pending motions are DENIED as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 25th day of August, 2006.

             /s/  W.  Keith Watkins              
UNITED STATES DISTRICT JUDGE